IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOYCE PIPKINS, <br>    Plaintiff, <br> <br> v. <br> <br> GRAND PRAIRIE POLICE <br> DEPARTMENT, et al., <br>    Defendants. | No. 3:22-cv-02879-E (BT) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

  The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 20). Objections were filed. (ECF No. 21). The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (ECF No. 20).

  Correspondingly, Pipkins's motion for leave to proceed *in forma pauperis* on appeal, (ECF No. 19), is **DENIED**. The Court instructs the Clerk of the Court to immediately notify the Parties and the Court of Appeals of this Order. Fed. R. App. P. 24(a)(4)(A).

  **SO ORDERED** this 23rd day of August, 2023.

*[signature: Ada Brown]*

Ada Brown
UNITED STATES DISTRICT JUDGE